# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| CALVIN S. SECREST, | Case No. CV 09-2291-RGK (JWJ) |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| M.C. KRAMER, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

1       IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2 of this Order and the Judgment of this date on petitioner.

4 DATED: July 8, 2009

                                                                 */s/ Gary Klausner*
                                                   R. GARY KLAUSNER
                                               United States District Judge

- 2 -